Revised 02/04

# United States Bankruptcy Court
## Eastern District of Michigan

In re   C Rummel Heating & Cooling, Inc.                              Case No.
Debtor(s)                                    Chapter    7

## STATEMENT OF DEBTOR REGARDING CORPORATE OWNERSHIP

■ **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

Name:   Channing Rummel
Address:  33717 Bayview Drive
Chesterfield, MI 48047

**(For additional names, attach an addendum to this form)**

☐ **There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  September 30, 2015            /s/ Channing Rummel
Signature of Authorized Individual
For Corporation Debtor


Channing Rummel
Print Name


President
Title